

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KIM BURT, | § | No. 08-11-00109-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| | § | |
| ANDREWS COUNTY HOSPITAL | | of Andrews County, Texas |
| DISTRICT D/B/A PERMIAN | § | |
| REGIONAL MEDICAL CENTER, | | (TC# 18,051) |
| | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be vacated and the case dismissed. We therefore vacate the trial court's judgment and dismiss the case. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating